UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARY ANNE DIVALD, individually,<br><br>Plaintiff,<br>v.<br><br>JAMES K. SALAY, individually,<br><br>Defendant. | Case No. 3:13-cv-00199-MMD-VPC<br><br>ORDER |

Before the Court is plaintiff's application, pursuant to Local Rule 7-6(b), for a status check as to the disposition of motions pending. (Dkt. no. 19.) Plaintiff's Application for Default Judgment (dkt. no. 14) was filed on June 13, 2013, and was ripe and fully submitted to the Court on June 14, 2013. Defendant's Motion to Set Aside Default (dkt. no. 15) was filed on June 25, 2013, and was ripe and fully submitted to the Court on July 26, 2013. The Court disposes of pending civil motions in chronological order, except for those motions that require disposition on an expedited basis. There are numerous cases with ripe motions filed before the motions pending in this case. The motions here do not fall within the category that requires expedited disposition and will therefore be decided in the order of pending motions in civil cases. Oral argument will be scheduled if the Court determines argument is necessary.

DATED THIS 25th day of October 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE