UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| MARY ANNE DIVALD, | ) | 3:13-CV-0199-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 29, 2014 |
| | ) | |
| JAMES K. SALAY, | ) | |
| | ) | |
| Defendant. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN         REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant has filed a motion to request continuance of the case management conference set for January 31, 2014 (#31). Plaintiff opposed the motion (#32).

Defendant's motion to request continuance (#31) is **DENIED**. The case management conference shall commence on Friday, January 31, 2014 at 10:00 a.m. as scheduled before United States Magistrate Judge Valerie P. Cooke, Courtroom One, 400 S. Virginia Street, Reno, Nevada. Defendant is required to personally appear at the case management conference.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
       Deputy Clerk