1  SARAH V. CARRASCO, ESQ.
   Nevada Bar No. 8017
2  CARRASCO LAW PRACTICE, LLC
   Office:   3500 Lakeside Court, Suite 208
3            Reno, Nevada 89509
   Mailing:  3495 Lakeside Drive, # 251
4            Reno, Nevada 89511
   Telephone: (775) 544-3733
5  Facsimile: (775) 825-8089
   E-mail: sarah@sarahcarrascolaw.com
6
   Attorney for James K. Salay
7
                   UNITED STATES DISTRICT COURT
8
                        DISTRICT OF NEVADA
9
10 MARY ANNE DIVALD,              Case No. 3:13-CV-0199-MMD (VPC)

11         Plaintiff,

12 vs.

13 JAMES K. SALAY,                SUBSTITUTION OF ATTORNEY

14         Defendant,
                                         /
15
   To:    The Clerk of the Court:
16
          Defendant, James K. Salay, hereby substitute Sarah V. Carrasco, Esq., Carrasco Law
17
   Practice, LLC, as attorney of record in this matter in place and stead of himself as a pro per litigant.
18
          Dated this 31 day of January, 2014.
19

20                                         _____
                                           JAMES K. SALAY
21

22        Sarah V. Carrasco, Esq., Carrasco Law Practice, LLC hereby consents to substitution in

23 as counsel James K. Salay.

24        Dated this 31 day of January, 2014.

25                                         CARRASCO LAW PRACTICE, LLC

26                                         _____
                                           SARAH V. CARRASCO, ESQ.
27
                                           IT IS SO ORDERED
                                           _____
                                           U.S. MAGISTRATE JUDGE

                                           DATED: February 3, 2014

**FILED** ☑   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

JAN 3 1 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY