Case 3:13-cv-00199-MMD-VPC   Document 34   Filed 01/31/14   Page 1 of 1

SARAH V. CARRASCO, ESQ.
Nevada Bar No. 8017
CARRASCO LAW PRACTICE, LLC
Office:   3500 Lakeside Court, Suite 208
          Reno, Nevada 89509
Mailing: 3495 Lakeside Drive, # 251
          Reno, Nevada 89511
Telephone: (775) 544-3733
Facsimile: (775) 825-8089
E-mail: sarah@sarahcarrascolaw.com

Attorney for James K. Salay

☑ FILED       ___ RECEIVED
___ ENTERED   ___ SERVED ON
              COUNSEL/PARTIES OF RECORD

JAN 3 1 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MARY ANNE DIVALD,

      Plaintiff,

vs.

JAMES K. SALAY,

      Defendant,
_____/

Case No. 3:13-CV-0199-MMD (VPC)

**SUBSTITUTION OF ATTORNEY**

To:   The Clerk of the Court:

Defendant, James K. Salay, hereby substitute Sarah V. Carrasco, Esq., Carrasco Law Practice, LLC, as attorney of record in this matter in place and stead of himself as a pro per litigant.

Dated this 31 day of January, 2014.

_____
JAMES K. SALAY

Sarah V. Carrasco, Esq., Carrasco Law Practice, LLC hereby consents to substitution in as counsel James K. Salay.

Dated this 31 day of January, 2014.

CARRASCO LAW PRACTICE, LLC

_____
SARAH V. CARRASCO, ESQ.

IT IS SO ORDERED

_____
U.S. MAGISTRATE JUDGE

DATED: February 3, 2014