**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| MARY ANNE DIVALD, | ) | 3:13-CV-0199-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | May 19, 2014 |
| | ) | |
| JAMES K. SALAY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendant has filed a motion for continuance of his deposition set for today, May 19, 2014 (#63).  Plaintiff opposed the motion (#64).  Defendant has been on notice of his deposition since May 6, 2014, and he has had substantial time to consult with lawyers since the onset of this case in April 2013.  Therefore,

Defendant's motion for continuance (#63) is **DENIED**.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:             /s/
           Deputy Clerk